# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : Criminal No. 18-cr-368-2 |
| MARVIN MYCHAL KENDRICKS | : |

## ENTRY OF APPEARANCE

Kindly enter the appearance of Kaitlin M. Gurney as counsel for Defendant Marvin Mychal Kendricks.

Dated:  August 30, 2018

Respectfully Submitted,

/s/ Kaitlin M. Gurney
Kaitlin M. Gurney (PA 309581)
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA  19103-2799
(215) 981-4490
gurneyk@pepperlaw.com

## **CERTIFICATE OF SERVICE**

I, Kaitlin M. Gurney, hereby certify that on August 30, 2018, I caused a true and correct copy of the foregoing Entry of Appearance to be served via ECF and email upon the following:

>David J. Ignall, Esquire
>Assistant U.S. Attorney
>615 Chestnut Street, Suite 1250
>Philadelphia, PA 19106
>David.J.Ignall@usdoj.gov

  /s/ Kaitlin M. Gurney
Kaitlin M. Gurney