IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA                C.R. No. 18-368-2

    V.

MARVIN MYCHAL KENDRICKS


**NOTICE OF STATUS CONFERENCE**

    Please be advised that Honorable Gene E.K. Pratter has ordered a status conference with counsel, in the above matter, in chambers Room 10613 of the U.S. Courthouse on April 4, 2019 at 2:00 p.m.

    This conference will be continued only in extreme circumstances. If you are unable to attend, someone from your office as familiar with this case as possible should attend.


    For the Court,


    /s/ Michael Coyle
    Michael Coyle
    Deputy Clerk to Judge Gene E.K. Pratter